UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JAMES CRAIG JOHNSON JR #354054** | **CASE NO. 1:22-CV-01498 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **TIM HOOPER** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 17), and after a de novo review of the record, including the Objection filed by Petitioner (ECF No. 22), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 7th day of May 2024.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**